Fill in this information to identify the case:

United States Bankruptcy Court for the:

Central District of California

Case number (if known): _____  Chapter ___11___

☐ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| 1. Debtor's name | Hickam Harbor LLC |

| | |
|---|---|
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | The Lanai at Mamala Bay |

| | |
|---|---|
| 3. Debtor's federal Employer Identification Number (EIN) | 4 6 – 3 7 2 6 7 0 0 |

**4. Debtor's address**

Principal place of business

Number     Street
3465 Mamala Bay Dr.
Honolulu, HI 96818
City                         State     ZIP Code

Honolulu
County

Mailing address, if different from principal place of business

Number     Street

P.O. Box

City                         State     ZIP Code

Location of principal assets, if different from principal place of business

Number     Street

City                         State     ZIP Code

| | |
|---|---|
| 5. Debtor's website (URL) | lanaiatmamalabay.com |

**6. Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☑ Other. Specify:     Limited Liability Company

Debtor   Hickam Harbor LLC
     Name
                                                          Case number *(if known)*

| | |
|---|---|
| **7. Describe debtor's business** | **A.** *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

**B.** *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
   7   2   2   5

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                  MM / DD / YYYY

         District _____ When _____ Case number _____
                                  MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☑ Yes. Debtor  CCC Consulting Corporation _____ Relationship  Affiliate

     District  Central District of California _____ When  12/16/2022
                                                MM / DD / YYYY

     Case number, if known  2:22-bk-16853-ER

Debtor     Hickam Harbor LLC
_____     Case number (if known) _____
       Name

| | |
|---|---|
| **11. Why is the case filed in this district?** | *Check all that apply:*<br><br>☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>    What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>          Number    Street<br><br>          _____ _____ _____<br>          City          State   ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency   _____<br>           Contact name      _____<br>           Phone             _____ |

### Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☐ 1-49  ☑ 50-99        ☐ 1,000-5,000  ☐ 5,001-10,000      ☐ 25,001-50,000  ☐ 50,000-100,000<br>☐ 100-199 ☐ 200-999   ☐ 10,001-25,000            ☐ More than 100,000 |
| **15. Estimated assets** | ☑ $0-$50,000         ☐ $1,000,001-$10 million     ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000   ☐ $50,000,001-$100 million  ☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million    ☐ $100,000,001-$500 million ☐ More than $50 billion |

Debtor    Hickam Harbor LLC _____    Case number *(if known)* _____
      Name

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**    Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/10/2023
           MM/ DD/ YYYY

X _____        Edmund Cutting
Signature of authorized representative of debtor     Printed name

Title _____ Sole Shareholder _____

**18. Signature of attorney**

X _____    Date 08/10/2023
Signature of attorney for debtor           MM/ DD/ YYYY

James E. Till _____
Printed name

Till Law Group _____
Firm name

120 Newport Center Dr _____
Number      Street

Newport Beach _____    CA ____    92660 ____
City                                       State     ZIP Code

(949) 524-4999 _____    james.till@till-lawgroup.com ____
Contact phone                                  Email address

200464 _____    CA ____
Bar number                                  State

## RESOLUTION OF

## HICKM HARBOR, LLC, A HAWAII LIMITED LIABILITY COMPANY

Edmund Cutting, as the sole shareholder ("**Shareholder**") and Chief Executive Officer ("**CEO**") of Hickam Harbor, LLC, a Hawaii limited liability company (the "**Company**"), adopts the following resolutions (the "**Resolutions**").

WHEREAS, Shareholder and CEO are familiar with the facts and information relating to, among other things:  (i) the Company's operations, assets, liabilities, and liquidity; (ii) the strategic alternatives available to the Company; and (iii) the potential impacts of the foregoing on the Company's businesses.

WHEREAS, Shareholder and CEO, in consultation with the Company's management and their professional advisors, have, among other things, evaluated the business alternatives available to the Company, including, but not limited to:  (i) potential equity, debt and other financing, and sale; (ii) out-of-court and in-court options; and (iii) options available under subchapter V or chapter 11 of title of the United States Code (the "**Bankruptcy Code**") (collectively, the "**Options**").

WHEREAS, CEO has the power and authority to approve any of the Options or any other strategic alternatives available to the Company.

WHEREAS, Shareholder and CEO have determined, in their judgment, that the Company's filing a voluntary subchapter V or chapter 11 petition in order to avail itself of applicable law, including the bankruptcy laws, is in the best interests of the Company, their creditors, and other interested parties; and that the choice of venue (i.e., the Central District of California), reflects the preferred venue choice of the Shareholder, the CEO, and the Company.

NOW, THEREFORE, BE IT:

RESOLVED, that the Company shall be and hereby is authorized to file or cause to be filed a voluntary petition for relief under subchapter V or chapter 11 of the Bankruptcy Code in

the United States Bankruptcy Court for the Central District of California (when filed, the
"**Bankruptcy Case**"); and it is

FURTHER RESOLVED that any officer (or legally authorized individual duly acting on
behalf) of the Company (each, an "**Authorized Office**r"), acting alone or with one or more other
Authorized Officers (though in consultation with the Shareholder), is hereby authorized,
empowered and directed to execute and file on behalf of the Company all petitions, motions,
pleadings, applications, exhibits, schedules, lists, and other papers, instruments, or documents,
and take and perform any and all further actions and steps that they deem necessary, desirable,
and proper to obtain such relief, including, without limitation, any action necessary, appropriate,
or desirable to maintain or improve the operation of the Company's business, and to cause the
same to be filed in the United States Bankruptcy Court for the Central District of California, at
such time as the Authorized Officers shall determine; and it is

FURTHER RESOLVED, that the retention by the Company of the law firm of Till Law
Group ("**Till Law**") as bankruptcy counsel to represent and assist the Company in carrying out
its duties under either subchapter V or chapter 11 of the Bankruptcy Code, and to take any and
all actions necessary to advance the Company's rights in connection therewith, including filing
any pleadings, is approved and ratified, and each of the Authorized Officers, with power of
delegation, is hereby authorized and directed to execute and ratify appropriate retention
agreements, pay appropriate retainers, and to cause to be filed an appropriate application for
authority to retain Till Law; and it is

FURTHER RESOLVED, that in consultation with the Shareholder, each of the
Authorized Officers is authorized and empowered to employ on the Company's behalf other
professionals necessary to assist the Company in carrying out its duties under the Bankruptcy
Code; and in connection therewith, each of the Authorized Officers is, in consultation with the
Shareholder and with power of delegation, instruments, and other documents and to pay all
expenses, including but not limited to filing fees, in each case as in such Authorized Officer or

Authorized Officers' judgment, shall be necessary, appropriate, or desirable in order to fully carry out the intent and accomplish the purposes of the Resolutions adopted herein; and it is

FURTHER RESOLVED, that any and all actions heretofore taken by any of the Authorized Officers or the Shareholder and CEO in the name and on behalf of the Company in furtherance of the purpose and intent of any or all of the foregoing Resolutions are hereby ratified, confirmed, and approved in all respects.

IN WITNESS WHEREOF, the undersigned, being the sole shareholder and CEO of the Company, hereby execute these Resolutions.

EDMUND CUTTING

By:_____
    Edmund Cutting, as
    sole shareholder

EDMUND CUTTING

By:_____
    Edmund Cutting, as Chief
    Executive Officer

3

| Fill in this information to identify the case: |
| --- |
| Debtor name         Hickam Harbor LLC |
| United States Bankruptcy Court for the: <br>          Central District of California |
| Case number (if known): _____ |

☐ Check if this is an
amended filing

## Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | AFLAC <br> ATTN: Rosario Ronquillo <br> 4500 Park Granada Ste 202 <br> Calabasas, CA 91302-1666 | (805) 728-5959 | Insurance | | | | $5,019.45 |
| 2 | Alaka'i Mechanical Corporation <br> 2655 Waiwai Loop <br> Honolulu, HI 96819 | (808) 834-1085 | Repairs and Maintenance | | | | $2,783.50 |
| 3 | Baldinger Insurance <br> P O Box 31927 <br> Las Vegas, NV 89173 | (800) 877-2348 | Insurance | | | | $1,906.12 |
| 4 | Berkshire Hathaway Guard Ins Co <br> P O Box 785570 <br> Philadelphia, PA 19178 | (800) 673-2465 | Business Owner's Insurance | | | | $3,473.42 |
| 5 | DCL, Inc. <br> Attn: Theresa Nemoto <br> 628 Laumaka St <br> Honolulu, HI 96819 | (808) 845-4600 | Food Supplies | | | | $2,355.37 |
| 6 | Dust Tex Honolulu <br> Attn: Mavis Hookala <br> B1 <br> Honolulu, HI 96819 | (808) 369-0817 | Linen supplies | | | | $1,544.21 |
| 7 | ECOLAB <br> Attn: Joe Perry <br> Unknown <br> Honolulu, HI | (763) 315-9688 | Repairs & Maintenance | | | | $5,531.28 |
| 8 | GMB Inc <br> ATTN: Chris Kim <br> 98-023 Hekaha Street #602 <br> Aiea, HI 96701 | (808) 891-1700 | Repairs & Maintenance | | | | $837.70 |

Debtor    Hickam Harbor LLC
_____                    Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 Ham Produce and Seafood, Inc. Attn: Elain Tsui 918 Bannister Street Honolulu, HI 96819 | (808) 841-7171 | Food Supplies | | | | $5,302.07 |
| 10 Kaiser Permanente | (800) 893-2971 | Health Insurance | | | | $13,049.15 |
| 11 Paradise Beverages, Inc. Attn: Aleina Butac P O Box 29160 Honolulu, HI 96820 | (808) 934-1168 | Beverage Supplies | | | | $2,033.36 |
| 12 Scottsdale Insurance Company P O Box 182451 Columbus, OH 43218 | | Insurance | | | | $19,203.93 |
| 13 Southern Glazer's Attn: Giam Buitrago P O Box 29110 Honolulu, HI 96820 | (800) 276-5148 | Beverage Supplies | | | | $1,453.20 |
| 14 Sysco Hawaii Attn: Judy Hardy P O Box 855 Honolulu, HI 96819 | (808) 843-3200 | Food Supplies | | | | $31,349.67 |
| 15 WestGuard Insurance Company P O Box AH, 39 Public Square Wilkes Barre, PA 18703 | (800) 673-2465 | Insurance | | | | $3,796.88 |
| 16 Youngs Market Company/RNDC Attn: Gina Martinez 94-501 Kau St Waipahu, HI 96797 | (808) 676-6111 | Beverage Supplies | | | | $9,031.88 |
| 17 | | | | | | |
| 18 | | | | | | |
| 19 | | | | | | |
| 20 | | | | | | |

Fill in this information to identify the case:

Debtor name _____ Hickam Harbor LLC _____

United States Bankruptcy Court for the:
_____ Central District of California _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐   *Schedule H: Codebtors* (Official Form 206H)

☐   *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐   *Amended Schedule* _____

☑   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   *Other document that requires a declaration* _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  ___08/10/2023___             X _____ (signature) _____
              MM/ DD/ YYYY                    Signature of individual signing on behalf of debtor

                                            ___Edmund Cutting_____
                                            Printed name

                                            ___Sole Shareholder_____
                                            Position or relationship to debtor

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or
    against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any
    copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any
    corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number
    and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom
    assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property
    included in Schedule A/B that was filed with any such prior proceeding(s).)

    Not applicable

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform
    Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the
    debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the
    debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows:  (Set forth the
    complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge
    and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list
    any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

    Not applicable

3.  (If petitioner is a corporation)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has
    previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer
    of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner
    of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms
    or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each
    such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether
    still pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule
    A/B that was filed with any such prior proceeding(s).)

    CCC Consulting Corporation, an affiliate, filed a chapter 11 subchapter V petition on 12/16/2022 in the Central
    District of California, before the Honorable Ernest M. Robles, case no. 2:22-bk-16853-ER, the case is pending.

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has
    been filed by or against the debtor within the last 180 days:  (Set forth the complete number and title of each such
    prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still
    pending, and if not, the disposition thereof. If none, so indicate.  Also, list any real property included in Schedule A/B
    that was filed with any such prior proceeding(s).)

    Not applicable

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at ___Los Angeles_____, California

Date: ___08/10/2023_____

_____
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

| Attorney or Party Name, Address, Phone & Fax Nos.,<br>State Bar No. & Email | FOR COURT USE ONLY |
|---|---|
| James E. Till<br>Bar Number: 200464<br>Till Law Group<br>120 Newport Center Dr<br>Newport Beach, CA 92660<br>Phone: (310) 721-4645<br>Email: james.till@till-lawgroup.com<br><br><br>☐  *Debtor(s) appearing without an attorney*<br>☑  *Attorney for Debtor(s)* | |

**United States Bankruptcy Court**
**Central District of California - Los Angeles Division**

| In re:<br>Hickam Harbor LLC<br><br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER:  Chapter 11<br><br>**VERIFICATION OF MASTER**<br>**MAILING LIST OF CREDITORS**<br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __13__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __08/10/2023__

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2015*

Abel Diaz
411 Hobron Lane #3509
Honolulu, HI 96818

AFLAC
ATTN: Rosario Ronquillo
4500 Park Granada Ste 202
Calabasas, CA 91302-1666

Aidan Range
401 Ohana Nui Circle
Honolulu, HI 96818

Alaka'i Mechanical
Corporation
2655 Waiwai Loop
Honolulu, HI 96819

Alex Forester
254 Lewa Hia Loop
Honolulu, HI 96818

Alora Kingery
246 Lewa Hia Loop
Honolulu, HI 96818

Anna Al-Khalil
4785 Kamakani Pl
Honolulu, HI 96818

Annie Delane Van Winkle
3309 Moreell St
Honolulu, HI 96818

ARF Financial
433 N. Camden Dr Suite 810
Beverly Hills, CA 90210


Ashton Buchholz
4334 Flaherty Circle
Honolulu, HI 96818


Austin Atha
2300 S Nova Rd Lot 25
Daytona Beach, FL 32119


Baldinger Insurance
P O Box 31927
Las Vegas, NV 89173


Berkshire Hathaway Guard
Ins Co
P O Box 785570
Philadelphia, PA 19178


Boywilly John
1416 Middle St Apt 105
Honolulu, HI 96818


Braydon James
205 Third Street Apt A
Honolulu, HI 96818


Brennan Dosher
202 11th St
Honolulu, HI 96818

Briana Tyler
173 Puni Hele Court Unit 105
Wahiawa, HI 96786

Brianna McCullen
45-315 Lehulila Street
Kaneohe, HI 96744

Brittnee Richardson
907 Hoaano Alley
Honolulu, HI 96818

Chad Haruguchi
1648 Hoolaulea St
Pearl City, HI 96782

Christina Kalama
45-315 Lehuuila St
Waianae, HI 96792

Edmund Cutting
8028 Harrison St
West Covina, CA 91791

Cynthia Chea
1571 Magazine St
Honolulu, HI 96818

Darrell Kunisaki
92-1253 Panana St #8
Kapolei, HI 96706

Darwin Quirmit
94-152 Awalau St
Waipahu, HI 96797

DCL, Inc.
Attn: Theresa Nemoto
628 Laumaka St
Honolulu, HI 96819

Dennis Ako
55 South Kukui St #2403
Honolulu, HI 96818

Department of Taxation
State of Hawaii
ATTN: Bankruptcy Unit
PO Box 259
Honolulu, HI 96809-0259

DLIR
Director's Office
830 Punchbowl St Rm 321
Honolulu, HI 96813

Dust Tex Honolulu
Attn: Mavis Hookala
B1
Honolulu, HI 96819

ECOLAB
Attn: Joe Perry
Unknown
Honolulu, HI

Edmund Cutting
604 Wrede Way
West Covina, CA 91791

Edmund Cutting
8028 Harrison St
West Covina, CA 91791


Erika White
94-103 Pupuole Place Apt A
Waipahu, HI 96797


Esmeralda Cazares
2977 Ala Ilima Street
Honolulu, HI 96818


Eusebio Arceo
91-1105 Pohahawai Place
Ewa Beach, HI 96706


Franchise Tax Board
Chief Counsel
PO Box Box, MS: A-260
Rancho Cordova, CA 95741-1720


Gabriel Davis
94-233 Anapau Place
Waipahu, HI 96797


Gabriel Kaulia
1154 Paakamaa St
Pearl City, HI 96782


Gabriell Garvin
247 Melia St
Honolulu, HI 96818

Garvin Garvin
247 Melia St
Honolulu, HI 96818

Gideon Johnson II
85-1261 Kumaipo Street
Waianae, HI 96792

Glen Galligan
3731 Kanaina Ave #335
Honolulu, HI 96818

Glenn Galligan
3731 Kanaina Ave #335
Honolulu, HI 96818

GMB Inc
ATTN: Chris Kim
98-023 Hekaha Street #602
Aiea, HI 96701

Grace Rabener
307 Gemini Ave
Honolulu, HI 96818

Ham Produce and Seafood,
Inc.
Attn: Elain Tsui
918 Bannister Street
Honolulu, HI 96819

Harrison Craven
203a 2nd Street #A
Honolulu, HI 96818

Hawaii Department of
Taxation
830 Punchbowl Street
Honolulu, HI 96813


Internal Revenue Service
PO Box Box 7346
Philadelphia, PA 19101-7346


Isces Morgan
901 Hoaano Aly
Honolulu, HI 96818


Jessica Barnes
148 Bush Lane
Honolulu, HI 96818


Joei Hager
836 Ohana Nui Circle
Honolulu, HI 96818


Josiah Bejer-Barro
36 Iho Iho Place
Wahiawa, HI 96786


Julian Beasley
750 Amana Street
Honolulu, HI 96818


Justine Keith Jamorabon
91-1055 Puhipaka St
Ewa Beach, HI 96706

Kaiser Permanente

Karla Wilbanks
208 Mercury St
Honolulu, HI 96818

Katie Kittrell
423 Kanekapolei St #105
Honolulu, HI 96815

Katrina King
6013 Farm St
Pearl City, HI 96782

Kelsi Gutierrez Lomeli
1311 Ulupii St
Kailua, HI 96734

Kenneth Asencio
3161 Ala Ilima Street Apt 110
Honolulu, HI 96818

Kennice Cooper
900 Murray Dr
Honolulu, HI 96818

Latesha Barrett
4045 Iron Loop
Honolulu, HI 96818

Lili Keeman
5253 Olopau St
Kapaa, HI 96746


Ma McDonald
94-1073 Eleu Street
Waipahu, HI 96797


Mackenzie Allen
628 McGrew Loop
Aiea, HI 96701


Maddy Byford
1203 Cornet Ave
Honolulu, HI 96818


Madeline White
94-1111 Mikilana Pl
Waipahu, HI 96797


Maranda Bell
727 Ohana Nui Circle
Honolulu, HI 96818


Mathew Swetnam
321 Lewa Mawaho Loop
Honolulu, HI 96818


Megan McDonnell
2121 Algaroba St #805
Honolulu, HI 96818

Melissa Sizemore
1806 Tinker Ave
Honolulu, HI 96818

Michael Rathyen
91-1015 Kailoa St
Ewa Beach, HI 96706

Mikaya Day
1501 Fox Blvd
Honolulu, HI 96818

Natasha Boyd
5306 B Iroquois Ave
Ewa Beach, HI 96706

Nexcom
Attn: Patricia
3280 Virginia Beach Blvd
Virginia Beach, VA 23452

Olivia Brambila
4629 Ke Street
Honolulu, HI 96818

Owen Sullivan
4791 Kamakani Place
Honolulu, HI 96818

Pamela Mendoza
2852 Arizona Rd
Honolulu, HI 96818

Paradise Beverages, Inc.
Attn: Aleina Butac
P O Box 29160
Honolulu, HI 96820


Patricio Morales
94-340 Pupukahi Pl
Waipahu, HI 96797


Patsyann Sutton
964 E Badillo St #314
Covina, CA 91724


Peter Ryan Deleon Guerrero
137 Aupaka Street
Honolulu, HI 96818


Randy Pedro
91-1024 E Hoomaka St
Ewa Beach, HI 96706


Raquel Gonzalez
2351 Coral St
Los Angeles, CA 90031


Ricardo Marin, Jr.
94-995 Kaaholo St
Waipahu, HI 96797


Rose Adoulf
416 D Maluniu Ave
Kailua, HI 96734

Samantha Allen
McGrew Loop
Aiea, HI 96701


Scottsdale Insurance
Company
P O Box 182451
Columbus, OH 43218


Skye Comilang-Boyd
91-886 Makule Road #302
Ewa Beach, HI 96706


Small Business
Administration
Administrator
Washington, DC 20416


Southern Glazer's
Attn: Giam Buitrago
P O Box 29110
Honolulu, HI 96820


Sydni Murdoch
2407 Challenger Loop Unit D
Honolulu, HI 96818


Sysco Hawaii
Attn: Judy Hardy
P O Box 855
Honolulu, HI 96819


Teresa Gabriel
1454 Nanakai St
Pearl City, HI 96782

US Attorney, District of HI
PJKK Federal Building
300 Ala Moana Blvd Rm 6-100
Honolulu, HI 96850


US SBA
HI District Office (Legal/Bankruptcy)
500 Ala Moana Blvd Ste 1-306
Honolulu, HI 96813


Venessa Cotton
94-103 Pupuole Place
Waipahu, HI 96797


Victoria Blair
172 19th Street
Honolulu, HI 96818


WestGuard Insurance
Company
P O Box AH, 39 Public Square
Wilkes Barre, PA 18703


Youngs Market
Company/RNDC
Attn: Gina Martinez
94-501 Kau St
Waipahu, HI 96797

Zachary Forester
254 Lewa Hia Loop
Honolulu, HI 96818


Ziannah Polston
578 Dickson Lane
Honolulu, HI 96818