| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| James E. Till (State Bar No. 200464)<br>TILL LAW GROUP<br>120 Newport Center Drive<br>Newport Beach, CA 92660<br>Telephone: (949) 524-4999<br>Email: james.till@till-lawgroup.com<br><br>☐ *Debtor appearing without an attorney*<br>☒ *Attorney for Debtor(s)* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>HICKAM HARBOR, LLC<br><br><br><br><br>Debtor(s). | CASE NO.: 2:23-bk-15131-WB<br>CHAPTER: 11<br><br>**DEBTOR'S MOTION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS**<br>**(with supporting declaration)**<br>**[FRBP 1007(c), LBR 1007-1(b)]** |
|---|---|

1. The Debtor requests an extension of time under FRBP 1007(c) and LBR 1007-1(b) to file the following:

    ☒ One or more schedules (A/B – J)    ☐ Chapter 13 Plan    ☒ Statement of Financial Affairs
    ☐ Statement of Current Monthly Income (B 122A, B 122B, B 122C)
    ☐ Debtor's Certification of Employment Income
    ☐ Other (*specify*):

**Note**: Do not use this form to request an extension of time to obtain the credit counseling required under 11 U.S.C. § 109(h)(1). If the Debtor did not obtain credit counseling before filing the petition, any requests for an extension of time to satisfy the requirement must be made with a certification of exigent circumstances explaining the reason(s) for such a request.

2. Date bankruptcy case filed:  8/10/2023
3. Date of § 341(a) meeting of creditors:  09/06/2023
4. Debtor requests extension to and including (extension deadline) (*date*): 09/01/2023

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016*    Page 1    **F 1007-1.MOTION.DEC.EXTEND**

5. Declaration regarding the reason(s) for extension (*explain*):

   Debtor's sole member and manager filed his own individual Subchapter V bankruptcy case on August 7, 2023, and is currently working diligently to prepare and file the Schedules and Statement of Financial Affairs and other required documents in that bankruptcy case. In addition to complying with these obligations, Debtor's sole member and manager is continuing to run multiple restaurant concepts and locations in connection with both this Subchapter V bankruptcy case as well as that of CCC Consulting Corporation (Case No. 2:22-bk-16853-ER). The Debtor seeks a short seven-day continuance within which to prepare and file its Schedules and Statement of Financial Affairs.

Debtor acknowledges that denial of this motion or failure to file the required documents by the extended deadline may result in dismissal of the case and a determination that the Debtor is not eligible for any bankruptcy relief for 180 days.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

08/17/2023
| Date | Signature of Debtor | Date | Signature of Joint Debtor, if applicable |

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*June 2016*                                                                 Page 2                                                       F 1007-1.MOTION.DEC.EXTEND

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

120 Newport Center Drive
Newport Beach, CA  92660

A true and correct copy of the foregoing document entitled: **DEBTOR'S APPLICATION TO EXTEND TIME TO FILE CASE OPENING DOCUMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/27/2023, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

The case trustee and U.S. Trustee will be automatically served by the Court at their email address.

**See NEF for confirmation of electronic transmission to the U.S. Trustee and any trustee in this case, and to any attorneys who receive service by NEF.**

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/22/2023 | Myrtle H. John | /s/ Myrtle H. John |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                              Page 3                              F 1007-1.MOTION.DEC.EXTEND