1

James E. Till (State Bar No. 200464)
TILL LAW GROUP

2

120 Newport Center Drive
Newport Beach, CA 92660

3

Telephone: (949) 524-4999
Email: james.till@till-lawgroup.com

4

5

Attorneys for Hickam Harbor LLC,
Debtor and Debtor-in-Possession

6

7

8

**UNITED STATES BANKRUPTCY COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**

10

| | |
|---|---|
| In re: | Case No. 2:23-bk-15131-WB |
| HICKAM HARBOR LLC, | Chapter 11 |
| Debtor and Debtor-in-Possession. | Subchapter V |
| | **DEBTOR IN POSSESSION'S STATUS REPORT** |
| | **Hearing Information:** |
| | Date: November 7, 2024 |
| | Time: 10:00 a.m. |
| | Courtroom: Courtroom 1375 |
| | 255 E. Temple Street |
| | Los Angeles, CA 90012 |

11

12

13

14

15

16

17

18

19

20

21

22

23

**TO THE HONORABLE JULIA W. BRAND, UNITED STATES BANKRUPTCY JUDGE,**

24

**THE SUBCHAPTER V TRUSTEE, ALL CREDITORS AND PARTIES IN INTEREST,**

25

**AND THE UNITED STATES TRUSTEE:**

26

Hickam Harbor LLC, debtor and debtor-in-possession herein (the "Debtor") in the above

27

captioned case, hereby submits this chapter 11 status report (the "Status Report") to provide the

28

Court and parties-in-interest with information regarding the Debtor's chapter 11 case.

1    The Debtor filed its *Second Amended Plan of Reorganization for Small Business Under*

2    *Chapter 11, Dated September 6, 2024* (the "Plan") (Doc. No. 133).  The Deadline for voting on the

3    Plan was October 11, 2024.  The voted ballots were received and tabulated, and 100% of the votes

4    received and tabulated voted to accept the Plan.  On November 7, 2024 at 10:00 a.m., this Court

5    will hold a hearing on confirmation of the Plan.

6

7    DATED:  October 24, 2024                    TILL LAW GROUP

8                                               By:  */s/ James E. Till*

9                                                    James E. Till
                                                     Attorneys for Hickam Harbor LLC,
10                                                   Debtor and Debtor-in-Possession

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

120 Newport Center Drive, Newport Beach, CA 92660

A true and correct copy of the foregoing document entitled (*specify*): Debtor in Possession's Status Report

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) October 24, 2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:


See attached NEF Service List

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*)_____, I served the following persons and/or entities at the l known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.




☒  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Pursuant to the procedures of the Honorable Julia W. Brand, Judge Brand waives application of LBR 5005-2(d) to serve Judge's copies for all documents unless otherwise directed by the Court.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 24, 2024 | Myrtle H.  John | /s/ Myrtle H. John |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*

**F 9013-3.1.PROOF.SERVICE**

**In re HICKAM HARBOR LLC**                                                        **Case No. 2:23-bk-15131-WB**

1. <u>**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**</u>:

- Attorneys for Debtor Hickam Harbor LLC:  **James E. Till**:  james.till@till-lawgroup.com; martha.araki@till-lawgroup.com; myrtle.john@till-lawgroup.com; sachie.fritz@till-lawgroup.com
- Subchapter V Trustee:  **Susan K Seflin (TR)**:  sseflin@bg.law; sks@bg.law; mailto:aquijano@bg.law; C192@ecfcbis.com; ecf@bg.law
- Attorneys for Creditors 671 Laurel San Carlos Associates, LLC and 677 Laurel Street Associates, LLC: **William W. Huckins**:  whuckins@allenmatkins.com; clynch@allenmatkins.com; igold@allenmatkins.com
- Courtesy Notice/Interested Party: **Matthew D Pham**:  mpham@allenmatkins.com; mdiaz@allenmatkins.com
- Attorneys for Creditor LA Live Properties LLC:  **David P. Simonds**: david.simonds@hoganlovells.com; tracy.southwell@hoganlovells.com
- **United States Trustee (LA)**:  ustpregion16.la.ecf@usdoj.gov; **Hatty K.Yip**:  hatty.k.yip@usdoj.gov;

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.